People v Flores (2021 NY Slip Op 50544(U))

[*1]

People v Flores (Martin)

2021 NY Slip Op 50544(U) [71 Misc 3d 140(A)]

Decided on June 11, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 11, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan J.P., Brigantti, Hagler JJ.

571042/15

The People of the State of New York,
Respondent,
against
Martin Flores, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Herbert J. Adlerberg, J.), rendered October 9, 2015, convicting him, upon his plea
of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and
sentencing him to a $500 fine.

Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.), rendered October 9, 2015, affirmed.
On this record, we are unpersuaded that the bargained-for sentence imposed - payment of a
$500 fine - was unduly harsh or severe, and find no extraordinary circumstances warranting a
reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558
[2006], lv denied 8 NY3d 945 [2007]). The defendant was sentenced in accordance with
his bargained-for plea and should not now "be heard to complain that he received what he
bargained for" (id., quoting People v Chambers, 123 AD2d 270 [1986]).
Although defendant now claims that he is indigent, he never sought relief from the fine by way of
a CPL 420.10(5) motion for re-sentencing (see People v Toledo, 101 AD3d 571 [2012],
lv denied 21 NY3d 947 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 11, 2021